IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02196-LTB-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$13,556.00 IN UNITED STATES CURRENCY,
2001 DODGE RAM TRUCK 1500 VIN 3B7HF13Z61G207300,

        Defendants.
_____

FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and sole claimant Andrew Spaulding have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant $13,556.00 in United States Currency or defendant 2001 Dodge Ram Truck 1500 VIN 3B7HF13Z61G207300 have been filed;

THAT upon agreement of the parties, defendant 2001 Dodge Ram Truck 1500 VIN 3B7HF13Z61G207300 shall be returned to claimant Andrew Spaulding;

THAT upon agreement of the parties, defendant $13,556.00 in United States Currency shall be forfeited to the United States and disposed of in accordance with law;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of defendant $13,556.00 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the forfeited $13,556.00 in United States Currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. §2465.

SO ORDERED this   27th   day of    May   , 2008.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
UNITED STATES DISTRICT COURT JUDGE